# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JEREMIAH GRANT NOEL**                                              **PLAINTIFF**

v.                         No: 4:22-cv-00081-KGB-PSH

**MARK GOBER,** *et al.*                                           **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Jeremiah Grant Noel filed a complaint pursuant to 42 U.S.C. § 1983 against defendants Mark Gober and Susan Potts on January 27, 2022 (Doc. No. 2). The defendants were served with the complaint and timely filed an answer on April 26, 2022 (Doc. No. 11). On June 8, 2022, Noel moved to voluntarily dismiss his case (Doc. No. 14). The defendants have not filed a response or otherwise taken a

position with regard to Noel's motion. The Court has authority to dismiss an action after the defendants have answered the complaint on terms that it considers proper. *See* Fed. R. Civ. P. 41(a)(2). The Court recommends that the motion to dismiss be granted for several reasons. First, the case is relatively new. Discovery unrelated to exhaustion has been stayed, and the deadline for filing a summary judgment motion on the issue of exhaustion had not expired at the time Noel filed his motion to dismiss. Additionally, the case has not been set for trial. The defendants will not be prejudiced by a dismissal of this action pursuant to Rule 41. Under these circumstances, the Court recommends that Noel's motion to dismiss be GRANTED and the case dismissed without prejudice.

    IT IS SO RECOMMENDED this 23rd day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE