IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMIAH GRANT NOEL**                                                                    **PLAINTIFF**

v.                              **Case No: 4:22-cv-00081-KGB-PSH**

**MARK GOBER,** *et al.*                                                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 15). Judge Harris recommends that plaintiff Jeremiah Grant Noel's motion to voluntarily dismiss his complaint be granted (Dkt. No. 14). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 15). Accordingly, the Court grants Mr. Noel's motion to dismiss (Dkt. No. 14). This action is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

It is so ordered this 30th day of January, 2023.

Kristine G. Baker
United States District Judge